\*\*E-Filed 04/14/2008\*\*

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| Zheng Lu,<br><br>      Plaintiff,<br><br>    v.<br><br>Michael Mukasey, United States Attorney General; Michael Chertoff, Secretary of the Department of Homeland Security; Emilio T. Gonzalez, Director of U.S. Citizenship and Immigration Services; Robert S. Mueller, III, Director of the Federal Bureau of Investigation,<br><br>      Defendants. | Case Number C 08-1569 JF/PVT<br><br>AMENDED ORDER[1] TO SHOW CAUSE<br><br>[re: docket no.1] |

  On March 21, 2008, Plaintiff Zheng Lu ("Plaintiff") filed the instant "Plaintiff's Original Complaint For Writ In the Nature of Mandamus & Declaratory Judgment Under 28 U.S.C. § 1361."[2] Plaintiff alleges that Defendants have excessively delayed the processing of his

---

[1] This disposition is not designated for publication and may not be cited.

[2] 28 U.S.C. § 1361 states: "The district courts shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff."

Case No. C 08-00883
ORDER TO SHOW CAUSE
(JFEX3)

application for naturalization.

Plaintiff alleges the following facts: Plaintiff is a lawful permanent resident of the United States residing in Mountain View, California. On April 21, 2006, Plaintiff filed an N-400, Application for Naturalization, with the United States Citizenship and Immigration Services ("USCIS"). Defendants have yet to schedule Plaintiff for an examination as required by 8 U.S.C. § 1446. Plaintiff has submitted the requisite information to the USCIS for it to schedule an examination for Plaintiff's naturalization case. On March 6, 2007, Plaintiff inquired about the status of his N-400 application. The USCIS informed Plaintiff that processing on his case had been delayed because his FBI background check had not been completed. Plaintiff has exhausted his administrative remedies. The delay caused by the processing of his application has caused Plaintiff hardship regarding his ability to travel and his potential right to vote.

Plaintiff requests that the Court exercise its authority to require Defendants to schedule a naturalization examination within 60 days of receiving the Court's order. Good cause therefore appearing, IT IS HEREBY ORDERED as follows:

(1) The Clerk of the Court shall serve by certified mail copies of the complaint and a copy of this Order upon counsel for Defendants, the United States Attorney and upon Plaintiff.

(2) Defendants shall, within sixty (60) days after receiving service of the complaint, file and serve upon Plaintiff an answer, showing cause why the relief prayed for should not be granted.

(3) Plaintiff may file a response to the matters raised in the answer within twenty (20) days after receiving the answer.

(4) Unless otherwise ordered by the Court, the matter will be deemed submitted upon the filing of the response or upon the expiration of time to file a response.

DATED: April 14, 2008

_____
JEREMY FOGEL
United States District Judge

1  This Order has been served upon the following persons:

2  Justin Fok
   jfok@jclawoffice.com
3
   Office of the United States Attorney
4  150 Almaden Blvd., Suite 900
   San Jose, CA 95113
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

Case No. C 08-00883
ORDER TO SHOW CAUSE
(JFEX3)