JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZHENG LU, <br>     Plaintiff, <br>     v. <br> MICHAEL B. MUKASEY, <br> United States Attorney General; et al., <br>     Defendants. | No. C 08-1569 JF <br><br> **STIPULATED DISMISSAL and [PROPOSED] ORDER** |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a), to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services has scheduled a naturalization interview for Plaintiff on September 8, 2008.

///
///
///
///
///

STIPULATED DISMISSAL
No. C 08-1569 JF

The parties shall bear their own costs and fees.

Dated: August 29, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
MELANIE L. PROCTOR[1]
Assistant United States Attorney

Dated: August 29, 2008

_____/s/_____
JUSTIN FOK
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____

JEREMY FOGEL
United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATED DISMISSAL
No. C 08-1569 JF                                2