1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
6     Telephone: (415) 436-6730
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN JOSE DIVISION
11

12  ZHENG LU,                          )
                                       )   No. C 08-1569 JF
13              Plaintiff,             )
                                       )
14        v.                           )   **STIPULATED DISMISSAL and**
                                       )   **[PROPOSED] ORDER**
15  MICHAEL B. MUKASEY,                )
    United States Attorney General; et al., )
16                                     )
                Defendants.            )
17  _____    )

18      Plaintiff, by and through his attorney of record, and Defendants, by and through their

19  attorneys of record, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a), to dismissal of the above-

20  entitled action without prejudice in light of the fact that the United States Citizenship and

21  Immigration Services has scheduled a naturalization interview for Plaintiff on September 8, 2008.

22  ///

23  ///

24  ///

25  ///

26  ///

27

28

STIPULATED DISMISSAL
No. C 08-1569 JF

1     The parties shall bear their own costs and fees.

2 Dated: August 29, 2008                                      Respectfully submitted,

3                                                    JOSEPH P. RUSSONIELLO
                                                   United States Attorney

5                                                    /s/
                                                 MELANIE L. PROCTOR[1]
6                                                  Assistant United States Attorney

7 Dated: August 29, 2008

8                                                   /s/
                                                 JUSTIN FOK
9                                                  Attorney for Plaintiff

### ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: 9/2/08

                                                 JEREMY FOGEL
                                                 United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATED DISMISSAL
No. C 08-1569 JF                         2